# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR )
ENVIRONMENTAL RESPONSIBILITY )
962 Wayne Ave., Suite 610 )
Silver Spring, MD 20910 )
                    )
      and )       Civil Action No. 17-2045
                    )
HAWAII ISLAND COALITION )
MALAMA PONO )
PO BOX 6002 )
Kurtistown, HI 96760 )
                    )
       *Plaintiffs,* )
                    )
     v. )
                    )
FEDERAL AVIATION ADMINISTRATION )
800 Independence Ave., SW )
Washington, D.C. 20591 )
                    )
       *Defendant.* )

## DECLARATION OF SERVICE

    I, Paula Dinerstein, hereby declare that on October 11, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the Federal Aviation Administration with tracking number 70170660000031740208. Attached hereto is a copy of the United States Postal Service tracking information showing service on October 16, 2017. I declare under penalty of perjury that this information is true.

Dated: October 20, 2017.

*Paula Dinerstein*
Paula Dinerstein, Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70170660000031740208

Delivered

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 16, 2017, 7:49 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20591** |
| | ▲ | |
| Your item has been delivered to the mail room at 7:49 am on October 16, 2017 in WASHINGTON, DC 20591. | | |
| October 15, 2017, 12:21 pm | Arrived at Hub | WASHINGTON, DC 20018 |
| October 14, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20591 |
| October 13, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20591 |
| October 12, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20591 |
| October 11, 2017, 1:58 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 11, 2017, 9:41 am | USPS in possession of item | ARLINGTON, VA 22201 |

See Less ∧

## Available Actions

Text & Email Updates ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR )
ENVIRONMENTAL RESPONSIBILITY )
962 Wayne Ave., Suite 610 )
Silver Spring, MD 20910 )
)
       and )       Civil Action No. 17-2045
)
HAWAII ISLAND COALITION )
MALAMA PONO )
PO BOX 6002 )
Kurtistown, HI 96760 )
)
      *Plaintiffs,* )
)
    v. )
)
FEDERAL AVIATION ADMINISTRATION )
800 Independence Ave., SW )
Washington, D.C. 20591 )
)
      *Defendant.* )

## DECLARATION OF SERVICE

    I, Paula Dinerstein, hereby declare that on October 11, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the United States Attorney for the District of Columbia with tracking number 70170660000031740215. Attached hereto is a copy of the United States Postal Service tracking information showing service on October 16, 2017. I declare under penalty of perjury that this information is true.

Dated: October 20, 2017.

*Paula Dinerstein*

Paula Dinerstein, Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

# USPS Tracking® Results

FAQs ❯ (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70170660000031740215

❯　　　　❯　　　　❯ **Delivered**

**Expected Delivery on:** Monday, October 16, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 16, 2017, 5:30 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | ▲ | |
| Your item was delivered at 5:30 am on October 16, 2017 in WASHINGTON, DC 20530. | | |
| October 14, 2017, 1:50 pm | Business Closed | WASHINGTON, DC 20530 |
| October 14, 2017, 12:15 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| October 14, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 13, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 12, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 11, 2017, 1:58 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 11, 2017, 9:45 am | USPS in possession of item | ARLINGTON, VA 22201 |

See Less ∧

## Available Actions

| Text & Email Updates | ∨ |
|---|---|

See Less ∧

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR     )
ENVIRONMENTAL RESPONSIBILITY    )
962 Wayne Ave., Suite 610    )
Silver Spring, MD 20910    )
    )
    and    )    Civil Action No. 17-2045
    )
HAWAII ISLAND COALITION    )
MALAMA PONO    )
PO BOX 6002    )
Kurtistown, HI 96760    )
    )
    *Plaintiffs,*    )
    )
    v.    )
    )
FEDERAL AVIATION ADMINISTRATION  )
800 Independence Ave., SW    )
Washington, D.C. 20591    )
    )
    *Defendant.*    )

---

## DECLARATION OF SERVICE

I, Paula Dinerstein, hereby declare that on October 11, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, to the United States Attorney General with tracking number 70170660000031740222. Attached hereto is a copy of the United States Postal Service tracking information showing service on October 16, 2017. I declare under penalty of perjury that this information is true.

Dated: October 20, 2017.

*[signature: Paula Dinerstein]*

Paula Dinerstein, Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

**Track Another Package** +

Remove ✕

Tracking Number: 70170660000031740222

⬤　　　　　　⬤　　　　　　⬤　　　Delivered

Expected Delivery on: Monday, October 16, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 16, 2017, 5:30 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | ▲ | |
| Your item was delivered at 5:30 am on October 16, 2017 in WASHINGTON, DC 20530. | | |
| October 14, 2017, 1:50 pm | Business Closed | WASHINGTON, DC 20530 |
| October 14, 2017, 12:16 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| October 14, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 13, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 12, 2017, 9:58 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 11, 2017, 1:58 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 11, 2017, 9:45 am | USPS in possession of item | ARLINGTON, VA 22201 |

See Less ⋀

## Available Actions

Text & Email Updates　　　　　　　　　　　　　　　　　　　　⋁

See Less ⋀